

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LLOYD J. HELLER, : Civil Action No. 07 CV3704

         Plaintiff, : Judge Kenneth Karas

vs. :

GOLDIN RESTRUCTURING FUND, L.P., GOLDIN :
CAPITAL PARTNERS, L.P., GOLDIN CAPITAL : **STIPULATION**
MANAGEMENT, L.P., GOLDIN ASSOCIATES, :
L.L.C., HARRISON J. GOLDIN, DAVID PAUKER,
and LAWRENCE J. KRULE, :

         Defendants. :

---------------------------------------------------------X

      It is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action that the defendants Goldin Restructuring Fund, L.P., Goldin Capital Partners, L.P., Goldin Capital Management, L.P., Goldin Associates, L.L.C., Harrison J. Goldin, David Pauker, and Lawrence J. Krule shall have until Tuesday, July 3, 2007 to answer, move, or otherwise respond to the Complaint.

DATED:  New York, New York       QUINN EMANUEL URQUHART OLIVER &
            May 30, 2007                     HEDGES, LLP

                                                By: _____
                                                   Daniel L. Brockett (3192)
                                                   Attorneys for Defendants

                                                   51 Madison Avenue, 22nd Floor
                                                   New York, New York 10010
                                                   Tel:    (212) 849-7000
                                                   Fax:   (212) 849-7100

LOVELL STEWART HALEBIAN LLP

By: _John Halebian (by DLB)_
John Halebian (JH 8005)
Adam C. Mayes (AM-1101)

500 Fifth Avenue
New York, New York 10110
Tel:   (212) 981-6760
Fax:   (212) 208-6806

Attorneys for Plaintiff


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 5, 2007