UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
LLOYD J. HELLER,                         :

       Plaintiff,                       :

  v.                                     :

GOLDIN RESTRUCTURING FUND, L.P.,         :   07 Civ. 3704 (RWS)
GOLDIN CAPITAL PARTNERS, L.P.,
GOLDIN CAPITAL MANAGEMENT, L.P.,         :   **NOTICE OF APPEARANCE**
GOLDIN ASSOCIATES, L.L.C., HARRISON
J. GOLDIN, DAVID PAUKER, and                 ELECTRONICALLY FILED
LAWRENCE J. KRULE,

       Defendants.
---------------------------------------- X

      **PLEASE TAKE NOTICE** that Daniel L. Brockett and Michael B. Carlinsky of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby appear as counsel for Defendants Goldin Restructuring Fund, L.P.; Goldin Capital Partners, L.P.; Goldin Capital Management, L.P.; Goldin Associates, L.L.C.; Harrison J. Goldin; David Pauker; and Lawrence J. Krule in the above-captioned action and for the purpose of being added to the list of ECF notice recipients. Please email notices of all filings on ECF to danbrockett@quinnemanuel.com and michaelcarlinsky@quinnemanuel.com.

Dated: June 18, 2007        QUINN EMANUEL URQUHART
                              OLIVER & HEDGES, LLP

                              By:   /s/ Dan Brockett
                              Daniel L. Brockett (DB 3192)
                              865 South Figueroa Street, 10th Floor
                              Los Angeles, California 90017
                              Tel.: (213) 443-3000
                              Fax: (213) 443-3100
                              Email: danbrockett@quinnemanuel.com

Michael B. Carlinsky (MC 6594)
Susheel Kirpalani (SK 8926)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Attorneys for Defendants
Goldin Restructuring Fund, L.P.;
Goldin Capital Partners, L.P.;
Goldin Capital Management, L.P.;
Goldin Associates, L.L.C.;
Harrison J. Goldin; David Pauker; and
Lawrence J. Krule