UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LLOYD J. HELLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDIN RESTRUCTURING FUND, L.P., GOLDIN CAPITAL PARTNERS, L.P., GOLDIN CAPITAL MANAGEMENT, L.P., GOLDIN ASSOCIATES, L.L.C., HARRISON J. GOLDIN, DAVID PAUKER, and LAWRENCE J. KRULE,<br><br>　　　　　　Defendants. | 07 Civ. 3704 (RWS)<br><br>**RULE 7.1 STATEMENT OF CORPORATE DISCLOSURE FOR DEFENDANTS GOLDIN RESTRUCTURING FUND, L.P.; GOLDIN CAPITAL PARTNERS, L.P.; GOLDIN CAPITAL MANAGEMENT, L.P.; AND GOLDIN ASSOCIATES, L.L.C.**<br><br>ELECTRONICALLY FILED |

　　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the entities sued herein as Goldin Restructuring Fund, L.P.; Goldin Capital Partners, L.P.; Goldin Capital Management, L.P.; and Goldin Associates, L.L.C. hereby certifies as follows:

　　　　　Goldin Restructuring Fund, L.P. (a limited partnership) has no parent corporation, nor does any publicly held corporation own more than 10% of its stock.

　　　　　Goldin Capital Partners, L.P. (a limited partnership) has no parent corporation, nor does any publicly held corporation own more than 10% of its stock.

　　　　　Goldin Capital Management, L.P. (a limited partnership) has no parent corporation, nor does any publicly held corporation own more than 10% of its stock.

　　　　　Goldin Associates, L.L.C. (a limited liability company) has no parent corporation, nor does any publicly held corporation own more than 10% of its stock.

Dated: June 18, 2007

    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP

    By:  /s/ Dan Brockett
    Daniel L. Brockett (DB 3192)
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017
    Tel.: (213) 443-3000
    Fax: (213) 443-3100
    Email: danbrockett@quinnemanuel.com

    Michael B. Carlinsky (MC 6594)
    Susheel Kirpalani (SK 8926)
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    Tel.: (212) 849-7000
    Fax: (212) 849-7100

    Attorneys for Defendants
    Goldin Restructuring Fund, L.P.;
    Goldin Capital Partners, L.P.;
    Goldin Capital Management, L.P.; and
    Goldin Associates, L.L.C.