UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LLOYD J. HELLER, : Civil Action No. 07 CV3704

          Plaintiff, : Judge Kenneth Karas

    vs.

GOLDIN RESTRUCTURING FUND, L.P., GOLDIN :
CAPITAL PARTNERS, L.P., GOLDIN CAPITAL : **STIPULATION**
MANAGEMENT, L.P., GOLDIN ASSOCIATES,
L.L.C., HARRISON J. GOLDIN, DAVID PAUKER,
and LAWRENCE J. KRULE,

          Defendants.

------------------------------------------------------------X

    It is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action that the defendants Goldin Restructuring Fund, L.P., Goldin Capital Partners, L.P., Goldin Capital Management, L.P., Goldin Associates, L.L.C., Harrison J. Goldin, David Pauker, and Lawrence J. Krule shall have until Friday, August 3, 2007 to answer, move, or otherwise respond to the Complaint.

DATED: New York, New York
          June 29, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By: _____
Daniel L. Brockett (3192)
Attorneys for Defendants

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

LOVELL STEWART HALEBIAN LLP

By: *John Halebian /by DCB/*
John Halebian (JH 8005)
Adam C. Mayes (AM-1101)

500 Fifth Avenue
New York, New York 10110
Tel:   (212) 981-6760
Fax:  (212) 208-6806

Attorneys for Plaintiff


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       7/03/____, 2007

61064/2155453.1