USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LLOYD J. HELLER,

           Plaintiff,

-v-

GOLDIN RESTRUCTURING FUND, L.P. et al,

           Defendants.

Case No. 07-CV-3704 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on September 21, 2007, the Court directed the parties to submit a letter outlining a joint proposed briefing schedule for the motions to dismiss. The parties are instructed to submit that letter to the Court not later than October 19, 2007.

SO ORDERED.

Dated:    New York, New York
            September 21, 2007

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE