USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LLOYD J. HELLER,

                Plaintiff,

VS.

GOLDIN RESTRUCTURING FUND, L.P.,
GOLDIN CAPITAL PARTNERS, L.P.,
GOLDIN CAPITAL MANAGEMENT, L.P.,
HARRISON J. GOLDIN, DAVID PAUKER,
AND LAWRENCE J. KRULE,

                Defendants

---------------------------------------------------------X

Civil Action No. 07-cv-3704

Judge Richard J. Sullivan

STIPULATION and ORDER

It is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action that:

1. The time for Defendants to file their Motion to Dismiss shall be extended to October 22, 2007 and;

2. The time for Plaintiffs to file their Opposition to the Motion to Dismiss is extended to November 28, 2007 and;

3. The time for Defendants to file their Reply to the Opposition to the Motion to Dismiss is extended to December 12, 2007.

_____
John Halebian (JH-8005)
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, New York 10110
Tel: (212) 608-1900
Attorneys for Plaintiff

_____
Daniel L. Brockett (DB-3192)
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Attorneys for Defendants

SO ORDERED

_____
RICHARD J. SULLIVAN, U.S.D.J.