```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LLOYD J. HELLER,

                Plaintiff,

-v-

GOLDIN RESTRUCTURING FUND, L.P. *et al.*,

                Defendants.

07 Civ. 3704 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff, dated March 11, 2009, requesting an adjournment of the pre-motion conference currently scheduled for Wednesday, March 18, 2009. The Court grants Plaintiff's request, and adjourns the conference to Wednesday, March 25, 2009 at 9:00 a.m. in Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      March 13, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE