UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09
```

LLOYD J. HELLER,

                Plaintiff,

-v-

GOLDIN RESTRUCTURING FUND, L.P. *et al.*,

                Defendants.

07 Civ. 3704 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' jointly-submitted stipulation of dismissal, signed by both parties on June 24, 2009.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without attorneys' fees or costs.

SO ORDERED.

Dated:    June 30, 2009
             New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE